# Court of Appeals
# of the State of Georgia

ATLANTA, December 23, 2015

*The Court of Appeals hereby passes the following order*

**A16D0173. DANTE G. FREDRICK v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

CR21106864 CR21203282 CR20301808 CR20410052 CR20500839 CR20410043 CR20206951 CR20206954 CR20206956 CR20210943



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 23, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*